UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN PETRUCCELLO,

    Plaintiff,

v.                                             Case No. 05-74454
                                                Hon. Victoria A. Roberts

TELEFLEX AUTOMOTIVE GROUP,
A DIVISION OF TELEFLEX INCORPORATED,

    Defendant.
_____

## **JUDGMENT FOR DEFENDANT**

This matter came before the Court on Defendant's Motion to Dismiss. The Court granted Defendant's Motion to Dismiss in an order entered on April 17, 2006.

**IT IS ORDERED** that the Court hereby Grants Defendant's Motion to Dismiss and awards judgment in Defendant's favor and against Plaintiff.

                                        **S/Victoria A. Roberts**
                                        **Victoria A. Roberts**
                                        **United States District Judge**

**Dated: April 17, 2006**

> **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 17, 2006.**
>
> **S/Carol A. Pinegar**
> **Deputy Clerk**